```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

MARVIN REEVES                                          PLAINTIFF

    V.                  Civil No. 11-6047

RAY HOBBS, Director of the
ADC; *et al.*                                          DEFENDANTS

### O R D E R

On this 22nd day of August 2012, there comes on for consideration the report and recommendation filed in this case on July 26, 2012, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 18). Also before the Court are Plaintiff's and Defendants' separate objections (docs. 19 & 22).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 14) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to Plaintiff's general harassment and verbal abuse claims; official capacity claims; inadequate grievance procedure claims; and compensatory damages claims. The motion is DENIED as to Plaintiff's remaining claims. Finally, all claims against Officer Wiggins are voluntarily dismissed by Plaintiff, and he

**AO72A**
**(Rev. 8/82)**

is terminated as a defendant in this case.

IT IS SO ORDERED.

>     /s/ Robert T. Dawson
>     Honorable Robert T. Dawson
>     United States District Judge

AO72A
(Rev. 8/82)