IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARVIN REEVES                                                                                PLAINTIFF

    v.                                        Case No. 11-6047

RAY HOBBS, Director of the
ADC, Central Office; B. HOLLIMAN,
Review Officer, Malvern Unit; OFFICER
JUDGE LANGSTON, Malvern Unit;
JAILER TAYLOR; Malvern Unit; WIGGINS,
Malvern Unit; CAPTAIN PARKS, Malvern
Unit, LIEUTENANT DANIELS, Malvern
Unit, SERGEANT VIA, Malvern Unit;
MAJOR McHAN, Malvern Unit; and
DEPUTY KING, Malvern Unit                                                                    DEFENDANTS

**ORDER**

    Now on this 30th day of October 2013, there comes on for consideration the report and recommendation filed herein on September 3, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 50). Also before the Court are Plaintiff's written objections (Doc. 51) and Defendants' written objections (Doc. 52).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (Doc. 37) is **GRANTED in part and DENIED in part.** Defendants' motion is GRANTED with respect to all claims against

Ray Hobbs; Judge Langston; Jailer Taylor; Wiggins; Captain Parks; Lieutenant Daniels; Sergeant Via; and Major McHan, and these defendants are dismissed from the lawsuit.  Defendants' motion is DENIED with respect to Officer B. Holliman on the retaliation claim and Deputy King on the failure to protect claim.

    IT IS SO ORDERED.

    /s/ Robert T. Dawson
    Honorable Robert T. Dawson
    United States District Judge